## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DATA SPEED TECHNOLOGY, LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>FISERV, INC., et al.,<br><br>        Defendants. | C.A. No. 13-1449-SLR |

## **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Pursuant to Federal rule of Civil Procedure 41(a)(1), Plaintiff Data Speed Technology, LLC voluntarily dismisses without prejudice the above-entitled action against Defendants Fiserv, Inc. and Fiserv CIR, LLC.  This notice of dismissal is being filed with the Court before service by Defendants of either an answer or a motion for summary judgment.

January 3, 2014

OF COUNSEL:

Alexander C.D. Giza
Marc A. Fenster
Russ August & Kabat
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025-1031
(310) 826-7474
agiza@raklaw.com
mfenster@raklaw.com

BAYARD, P.A.

 */s/ Stephen B. Brauerman*
Richard D. Kirk (rk0922)
Stephen B. Brauerman (sb4952)
Vanessa R. Tiradentes (vt5398)
Sara E. Bussiere (sb5725)
222 Delaware Avenue, Suite 900
Wilmington, DE 19801
(302) 655-5000
rkirk@bayardlaw.com
sbrauerman@bayardlaw.com
vtiradentes@bayardlaw.com
sbussiere@bayardlaw.com

*Attorneys for PData Speed Technology, LLC*